Effie M. Ainsworth, as Administratrix of the Estate of William I. Ainsworth, Deceased, Respondent, *v.* The New York Central and Hudson River Railroad Company, Appellant.

*Ainsworth* v. *N. Y. C. & H. R. R. R. Co.*, 151 App. Div. 332, affirmed.
(Argued April 18, 1913; decided May 23, 1913.)

Appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered June 5, 1912, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and granting a new trial in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant, his employer.

*William L. Visscher* for appellant.

*Richard O. Bassett* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., WERNER, CUDDEBACK and MILLER, JJ. Dissenting: GRAY, HISCOCK and COLLIN, JJ.